AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 28 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States of America
v.
Mahesh Kuthuru
*Defendant*

)
)
) Case No. 2:14-mj-162-CWH
)
) Charging District: 5:14-cr-18
) Charging District's Case No.

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. Dis court  Syracuse, New York | Courtroom No.: Magistrate Judge Therese Wiley-Dancks |
|---|---|
| | Date and Time: March 12, 2014 2 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Feb 28, 2014

_____
Judge's signature

C.W. HOFFMAN, JR. U.S. MAGISTRATE JUDGE
*Printed name and title*